## Commonwealth *v.* Fortner, Appellant.

Argued June 12, 1974. *Lawrence M. Aglow,* for appellant; *Timothy H. Knauer,* Assistant District Attorney, with him *F. Ned Hand,* Assistant District Attorney, and *William H. Lamb,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Huber, Appellant.

Argued June 12, 1974. *James B. Martin,* with him *William C. Wickkiser,* for appellant; *Donald H. Lipson,* for Commonwealth, appellee.

Order affirmed.